144

**No. 53445.**—R. H. Macy & Co., Inc. *v.* United States, protest 47655–K (New York).

Opinion by RAO, J.   It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).   The claim of the plaintiff was therefore sustained.

**No. 53446.**—The J. L. Hudson Company *v.* United States, protest 139899–K (Detroit).

Opinion by RAO, J.   It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).   The claim of the plaintiff was therefore sustained.

**No. 53447.**—Quon Quon Company *v.* United States, protests 111630–K, etc. (Los Angeles).

Opinion by RAO, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.

**No. 53448.**—Chas. H. Asche & Co., Inc. *v.* United States, protest 110243–K (A) (New York).

Opinion by RAO, J.   The protest was dismissed. ·

**No. 53449.**—Hearns Dept. Stores, Inc., et al. *v.* United States, protests 138436–K, etc. (New York).

Opinion by RAO, J.   The protests were dismissed.

**No. 53450.**—Herbert B. Covert et al. *v.* United States, protests 140409–K, etc. (New York).

Opinion by RAO, J.   The protests were dismissed.